United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **FOSTER AND SCHELL, INC.** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **BROWN PLUMBING & HEATING** |
| 3. Debtor's federal Employer Identification Number (EIN) | 8  5 – 0  7  4  5  0  8  8 |

**4. Debtor's address**

Principal place of business

**6613 WAGON TRAIL #4**
Number       Street

**BILLINGS, MT 59106**
City                                State    ZIP Code

**YELLOWSTONE**
County

Mailing address, if different from principal place of business

Number       Street

City                                State    ZIP Code

Location of principal assets, if different from principal place of business

Number       Street

City                                State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **FOSTER AND SCHELL, INC.**                                Case number *(if known)* _____
_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

         District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **STEPHEN FOSTER**          Relationship **VICE PRESIDENT**

         District **DISTRICT OF MONTANA**          When _____
                                                       MM / DD / YYYY

         Case number, if known _____

| Debtor | FOSTER AND SCHELL, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. 

| Insurance agency | _____ |
|---|---|
| Contact name | _____ |
| Phone | _____ |

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49      ☐ 50-99      ☐ 1,000-5,000      ☐ 5,001-10,000      ☐ 25,001-50,000      ☐ 50,000-100,000

☐ 100-199      ☐ 200-999      ☐ 10,001-25,000      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion

☑ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

**FOSTER AND SCHELL, INC.**        Case number *(if known)* _____

Name

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/04/2025**

MM/ DD/ YYYY

**X** **/S/ STEPHEN FOSTER**            **STEPHEN FOSTER**

Signature of authorized representative of debtor        Printed name

Title      **VICE PRESIDENT**

**18. Signature of attorney**

**X** **/S/ MOLLY CONSIDINE**      Date **04/04/2025**

Signature of attorney for debtor          MM/ DD/ YYYY

**MOLLY CONSIDINE**

Printed name

**PATTEN PETERMAN BEKKEDAHL & GREEN**

Firm name

**2817 SECOND AVE N STE 300**

Number      Street

**BILLINGS**          **MT**      **59101**

City                State      ZIP Code

                       **MCONSIDINE@PPBGLAW.COM**

Contact phone            Email address

**13800**              **MT**

Bar number           State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

## Additional Page

| 10. Continued | | | |
|---|---|---|---|
| | Debtor __RYAN SCHELL__ | Relationship __PRESIDENT__ | |
| | District __DISTRICT OF MONTANA__ | When _____ | |
| | | MM / DD / YYYY | |
| | Case number, if known _____ | | |

Fill in this information to identify the case:

Debtor Name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the: District of **Montana**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. **VALLEY CREDIT UNION** | **Checking account** | **8 8 4 9** | **$1,955.20** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** 

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,955.20** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____
   7.2 _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    **$14,098.98**  -  **unknown**  =.....➡    **$14,098.98**
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:       **$9,922.17**  -  **unknown**  =.....➡    **$9,922.17**
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $24,021.15 |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | _____ | _____ | _____ |
|---|---|---|---|
| 16.2 | _____ | _____ | _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | | | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| **CORDLESS MILWAUKEE POWER TOOLS** | MM / DD / YYYY | unknown | FAIR MARKET | $3,500.00 |
| **MISCELLANEOUS PVC PARTS AND FITTINGS** | MM / DD / YYYY | unknown | FAIR MARKET | $1,500.00 |
| **AIR COMPRESSOR** | MM / DD / YYYY | unknown | FAIR MARKET | $350.00 |
| **MISCELLANEOUS COPPER PIPE AND FITTINGS** | MM / DD / YYYY | unknown | FAIR MARKET | $2,000.00 |
| **MISCELLANEOUS FIXTURE FAUCETS, GARBAGE DISPOSAL, SUPPLY LINES** | MM / DD / YYYY | unknown | FAIR MARKET | $1,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | | | $8,350.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested**<br><br>_____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br><br>_____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br><br>_____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br><br>_____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br><br>_____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| OFFICE FURNITURE | unknown | FAIR MARKET | $3,500.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 SEWER CAMERAS | unknown | FAIR MARKET | $9,000.00 |
| 3 MINI HYDROS | unknown | FAIR MARKET | $600.00 |
| TRENCH BOX | unknown | FAIR MARKET | $3,500.00 |
| COMPUTER | unknown | FAIR MARKET | $500.00 |
| PIPE BUSTIN DITCHWITCH | unknown | FAIR MARKET | $15,000.00 |
| 6 I PADS | unknown | FAIR MARKET | $1,500.00 |
| 6 PHONES | unknown | FAIR MARKET | $1,500.00 |
| 2 CAMERA LOCATORS | unknown | FAIR MARKET | $600.00 |

42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.        | $35,700.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

1:25-bk-10056-BPH  Doc#: 1  Filed: 04/04/25  Page 10 of 67

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2003 HAULMARK TRAILER / VIN: 16HCB121630032605** | unknown | FAIR MARKET | $4,000.00 |
| 47.2 **2013 PJ TRAILER DL142 / VIN: 45PDL142101188740** | unknown | FAIR MARKET | $5,000.00 |
| 47.3 **2017 HARBEN 4018 DTK 300 E / VIN: 1H9X15103HC122068** | unknown | FAIR MARKET | $10,000.00 |
| 47.4 **2004 FORD F450 SUPER DUTY / VIN: 1FDXF47P74EA66413** | unknown | FAIR MARKET | $7,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| | $26,500.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

| 54. | **Does the debtor own or lease any real property?** |
|---|---|

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| BUSINESS WEBSITE WWW.BrownPLBG.Com | unknown | FAIR MARKET | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____ – _____ = ➡ _____
                        Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax year _____  _____
   _____  Tax year _____  _____
   _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **MERCHANT LOAN** | | **unknown** |
|---|---|---|
| Nature of claim    **USURY CLAIM AGAINST LG FUNDING, AND MAIN STREET** | | |
| Amount requested    **unknown** | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     Nature of claim _____

     Amount requested _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,955.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,021.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,350.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................➤ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $96,526.35 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $96,526.35 |

Debtor name __**FOSTER AND SCHELL, INC.**__

United States Bankruptcy Court for the District of __**Montana**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

**1ST ALLIANCE GROUP LLC**

Creditor's mailing address

**2875 NE 191ST STREET STE 500**

**Miami, FL 33180**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
|---|---|---|
| | **unknown** | **unknown** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$708,257.10**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** **Creditor's name**

**BROWN PLUMBING & HEATING, INC.**

**Creditor's mailing address**

**2417 21ST STREET WEST**

**Billings, MT 59102**

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account number**    **0 0 9 8**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2003 HAULMARK TRAILER, 2 CAMERA LOCATORS, 2 SEWER CAMERAS, 3 MINI HYDROS, COMPUTER, OFFICE FURNITURE, TRENCH BOX, PIPE BUSTIN DITCHWITCH, AIR COMPRESSOR, CORDLESS MILWAUKEE POWER TOOLS, MISCELLANEOUS COPPER PIPE AND FITTINGS, MISCELLANEOUS FIXTURE FAUCETS, GARBAGE DISPOSAL, SUPPLY LINES, MISCELLANEOUS PVC PARTS AND FITTINGS, RESIDENTIAL PLUMBING, COMMERCIAL PLUMBING, COMMERCIAL PLUMBING, PLUMBING, BUSINESS WEBSITE WWW.BrownPLBG.Com, 6 I PADS, 6 PHONES, VALLEY CREDIT UNION, 2013 PJ TRAILER DL142, 2017 HARBEN 4018 DTK 300 E, 2004 FORD F450 SUPER DUTY

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$348,025.47** | **$96,526.35** |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**C T CORPORATION**

Creditor's mailing address

**ATTN: SPRS**

**330 N BRAND BLVD STE 700**

**Glendale, CA 91203**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name

**CHTD COMPANY**
_____

Creditor's mailing address

**PO Box 2576**
_____

**Springfield, IL 62708**
_____

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account          __ __ __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**

Column B: **unknown**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**

**CNH INDUSTRIAL CAPITAL AMERICA LLC**

**Creditor's mailing address**

**5729 WASHINGTON AVENUE**

**Racine, WI 53406**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

1:25-bk-10056-BPH    Doc#: 1    Filed: 04/04/25    Page 20 of 67

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6** Creditor's name

    **LAZARUS CAPITAL FUNDING, LLC**

Creditor's mailing address

    **3261 RICHMOND AVE #121**

    **Staten Island, NY 10312**

Creditor's email address, if known

    _____

Date debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$59,924.34**    Value of collateral: **unknown**

| Debtor | FOSTER AND SCHELL, INC. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><b>Part 1:</b>   Additional Page</td><td><i>Column A</i><br><b>Amount of claim</b><br>Do not deduct the value<br>of collateral.</td><td><i>Column B</i><br><b>Value of collateral<br>that supports this<br>claim</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**   **Creditor's name**

**MCT ENTERPRISES, INC.**

**Creditor's mailing address**

**2417 21ST STREET WEST**

**Billings, MT 59102**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**   **0 0 9 7**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including
         this creditor, and its relative
         priority.

       _____

    ☑ Yes. The relative priority of creditors
       is specified on lines  **2.2**

**Describe debtor's property that is subject to a lien**

2013 PJ TRAILER DL142, 2004 FORD F450 SUPER
DUTY, 2 CAMERA LOCATORS, 6 I PADS, 3 MINI
HYDROS, BUSINESS WEBSITE
WWW.BrownPLBG.Com, COMMERCIAL PLUMBING,
CORDLESS MILWAUKEE POWER TOOLS, AIR
COMPRESSOR, COMMERCIAL PLUMBING,
MISCELLANEOUS FIXTURE FAUCETS, GARBAGE
DISPOSAL, SUPPLY LINES, 2 SEWER CAMERAS,
2017 HARBEN 4018 DTK 300 E, 2003 HAUL MARK
TRAILER, 6 PHONES, COMPUTER,
MISCELLANEOUS COPPER PIPE AND FITTINGS,
MISCELLANEOUS PVC PARTS AND FITTINGS,
OFFICE FURNITURE, RESIDENTIAL PLUMBING,
VALLEY CREDIT UNION, PIPE BUSTIN
DITCHWITCH, TRENCH BOX, PLUMBING

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim:** $191,762.30

**Value of collateral:** $96,526.35

1:25-bk-10056-BPH    Doc#: 1    Filed: 04/04/25    Page 22 of 67

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**ODK CAPITAL, LLC**

**Creditor's mailing address**

**4700 W DAYBREAK PKWY STE 200**

**South Jordan, UT 84009**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **10/20/2023**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**BUSINESS LOAN**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$100,471.26**        **unknown**

| Debtor | FOSTER AND SCHELL, INC. | Case number (if known) _____ |
|--------|------------------------|-------------------------------------------|
|        | Name                   |                                           |

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** Creditor's name

**ODK CAPITAL, LLC**

Creditor's mailing address

**4700 W DAYBREAK PKWY STE 200**

**South Jordan, UT 84009**

Creditor's email address, if known

_____

Date debt was incurred  **09/26/2023**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**LINE OF CREDIT**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$8,073.73**       **unknown**

| | | Column A | Column B |
|---|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10**    Creditor's name

**QFS CAPITAL, LLC**

Describe debtor's property that is subject to a lien

unknown    unknown

Creditor's mailing address

**7901 4TH ST N STE 13070**

**Saint Petersburg, FL 33702**

Describe the lien

Creditor's email address, if known

_____

Is the creditor an insider or related party?

Date debt was incurred    _____

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | | |
|---|---|---|---|

**2.2**   Creditor's name

**BROWN PLUMBING & HEATING, INC.**

Specify each creditor, including this creditor, and its relative priority.

For 2003 HAULMARK TRAILER: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 2 CAMERA LOCATORS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 2 SEWER CAMERAS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 3 MINI HYDROS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For COMPUTER: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For OFFICE FURNITURE: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For TRENCH BOX: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For PIPE BUSTIN DITCHWITCH: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For AIR COMPRESSOR: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For CORDLESS MILWAUKEE POWER TOOLS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For MISCELLANEOUS COPPER PIPE AND FITTINGS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For MISCELLANEOUS FIXTURE FAUCETS, GARBAGE DISPOSAL, SUPPLY LINES: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For MISCELLANEOUS PVC PARTS AND FITTINGS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For RESIDENTIAL PLUMBING: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For COMMERCIAL PLUMBING: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For COMMERCIAL PLUMBING: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For PLUMBING: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For BUSINESS WEBSITE WWW.BrownPLBG.Com: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 6 I.PADS: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 6 PHONES: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For VALLEY CREDIT UNION: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 2013 PJ TRAILER DL142: 1) MCT ENTERPRISES, INC.; **2) BROWN PLUMBING & HEATING, INC.**; For 2017 HARBEN 4018 DTK 300 E: **1) BROWN PLUMBING & HEATING, INC.**; 2) MCT ENTERPRISES, INC.; For 2004 FORD F450 SUPER DUTY: 1) MCT ENTERPRISES, INC.; **2) BROWN PLUMBING & HEATING, INC.**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| **FLORENCE D. ZABOKRITSKY**<br>**102-02 METROPOLITAN AVE FLOOR 2**<br>**Forest Hills, NY 11375** | Line 2. **6** | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Debtor name      **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**P.O. BOX 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**     Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

**MONTANA DEPARTMENT OF REVENUE**

**BANKRUPTCY SPECIALIST**

**P.O. BOX 7701**

**Helena, MT 59604-7701**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**     Priority amount: **unknown**

| Debtor | FOSTER AND SCHELL, INC. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
ALLY FINANCIAL

CORPORATION TRUST CENTER 1209 ORANGE ST

Wilmington, DE 19801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2**
Nonpriority creditor's name and mailing address
CARDONE TRAINING TECHNOLOGIES, INC.

18909 NE 29TH AVE

Miami, FL 33180

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **unknown**

---

**3.3**
Nonpriority creditor's name and mailing address
DAKOTA SUPPLY GROUP, INC.

1839 KING AVE WEST

Billings, MT 59102

Date or dates debt was incurred _____

Last 4 digits of account number __4__ __0__ __6__ __5__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **$42,900.71**

---

**3.4**
Nonpriority creditor's name and mailing address
Ford Motor Credit Company LLC

Po Box 105704

Atlanta, GA 30348-5704

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

| Part 2: | Additional Page |
|---|---|

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,149.80 |
|---|---|---|---|

**FRANKLIN WATER TREATMENT**

PO Box 735229

Chicago, IL 60673-5229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,500.00 |
|---|---|---|---|

**LG FUNDING LLC**

1218 UNION STREET

Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred   12/20/2023

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,692.00 |
|---|---|---|---|

**MAIN STREET MERCHANT SERVICES, INC.**

360 MOTOR PARKWAY STE 200B

Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,195.85 |
|---|---|---|---|

**MONTANA STATE FUND**

PO Box 4759

Helena, MT 59604-4759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  WORKERS COMP

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | FOSTER AND SCHELL, INC. | Case number *(if known)* |
|--------|-----------------------|--------------------------|
|        | Name                   |                          |

## Part 2: Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,138.42 |
|-----|------------------------------------------------|------------------------------------------------|-----------|

**SQUARE FINANCIAL SERVICES, INC.**

**1108 E SOUTH UNION AVE**

**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/31/2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.   **+** | **$219,576.78** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$219,576.78** |

Fill in this information to identify the case:

Debtor name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | BUILDING LEASE | JELL HOLDINGS |
| | | Contract to be ASSUMED | LATISHA MONTGOMERY |
| | State the term remaining | 0 months | 801 14TH ST W STE E |
| | List the contract number of any government contract | | Billings, MT 59102 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the: District of **Montana**

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 RYAN SCHELL | **1807 AVENUE E**<br>Street<br><br>**Billings, MT 59102**<br>City State ZIP Code | **BROWN PLUMBING & HEATING, INC.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **MCT ENTERPRISES, INC.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **ODK CAPITAL, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **MAIN STREET MERCHANT SERVICES, INC.** | ☐ D<br>☑ E/F<br>☐ G |
| | | **LG FUNDING LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **LAZARUS CAPITAL FUNDING, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 STEPHEN FOSTER | **5522 SACAGAWEA DR**<br>Street<br><br>**Billings, MT 59101**<br>City State ZIP Code | **BROWN PLUMBING & HEATING, INC.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **MCT ENTERPRISES, INC.** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H

**Schedule H: Codebtors**

page 1 of **2**

███████   Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **ODK CAPITAL, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **ODK CAPITAL, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **MAIN STREET MERCHANT SERVICES, INC.** | ☐ D<br>☑ E/F<br>☐ G |
| | | **LG FUNDING LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **LAZARUS CAPITAL FUNDING, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................

   | $96,526.35 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................

   | $96,526.35 |

---

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $708,257.10 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   | + $219,576.78 |

4. **Total liabilities**..............................................................................................................................

   Lines 2 + 3a + 3b

   | $927,833.88 |

Fill in this information to identify the case:

Debtor name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$327,074.00** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,614,207.00** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,321,845.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____<br><br>_____<br><br>_____ | _____<br><br>_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| Debtor | **FOSTER AND SCHELL, INC.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

5.1. **Ford Motor Credit Company LLC**    **2024 FORD TRANSIT T 350**  _____  _____
Creditor's name

**Po Box 105704**
Street

_____

**Atlanta, GA 30348-5704**
City                    State        ZIP Code

5.2. **ALLY FINANCIAL**    **2023 FORD TRANSIT VAN T250**  _____  _____
Creditor's name

_____
Street

_____

_____
City                    State        ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____    _____    _____  _____
Creditor's name

_____    XXXX– __ __ __ __
Street

_____

_____
City                    State        ZIP Code

| Part 3: | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **LAZARUS CAPITAL FUNDING LLC** | _____ | **NEW YORK STATE SUPREME COURT** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** | | Street | |
| _____ | | _____ <br> City      State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

Street
_____

City      State    ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

City      State    ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

City      State    ZIP Code

**Recipient's relationship to debtor**
_____

---

**Part 5:** Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1. _____   _____   _____   _____

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **PATTEN, PETERMAN, BEKKEDAHL & GREEN PLLC** | **Attorney Fees ($8,000 - $3,300 used for pre-petition fees & costs, remaining amount $4,700 held in trust)** | 03/24/2025 | $8,000.00 |

**Address**

**2817 SECOND AVE N STE 300**
Street

**Billings, MT 59101**
City          State     ZIP Code

Email or website address

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Address |
|---|
| _____ |
| Street |
| _____ |
| City          State     ZIP Code |

| Relationship to debtor |
|---|
| _____ |

---

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

---

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | |
| _____ | _____ | *Check all that apply:* |
| City          State     ZIP Code | | ☐ Electronically |
| | _____ | ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **LITTLE HORN STATE BANK**<br>Name<br><br>Street<br><br>City    State   ZIP Code | XXXX–**1 8 9 4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **03/06/2025** | **$0.00** |
| 18.2 **LITTLE HORN STATE BANK**<br>Name<br><br>Street<br><br>City    State   ZIP Code | XXXX–**2 3 9 4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **11/06/2024** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

1:25-bk-10056-BPH   Doc#: 1   Filed: 04/04/25   Page 43 of 67

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-------------------------------------|------------------------------|----------------------------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City            State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-------------------------------------|------------------------------|----------------------------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City            State    ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|---------------------------------------------------------------------|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|---------------------------|------------------------------|-------|
| Name | | | |
| Street | | | |
| City            State    ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | FOSTER AND SCHELL, INC. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City                State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____     To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **RED TREE CPA**
Name

**2222 BROADWATER AVE**
Street

**Billings, MT 59102**
City                State     ZIP Code

From _____     To _____

| Name and address | Dates of service |
|---|---|

26a.2. **NKW CPA**
Name

**710 WICKS LN #50446**
Street

**Billings, MT 59105**
City                State     ZIP Code

From _____     To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **RED TREE CPA**
Name

**2222 BROADWATER AVE**
Street

**Billings, MT 59102**
City                State     ZIP Code

From _____     To _____

| Name and address | Dates of service |
|---|---|

26b.2. **NKW CPA**
Name

**710 WICKS LN #50446**
Street

**Billings, MT 59105**
City                State     ZIP Code

From _____     To _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **RED TREE CPA** | _____ |
| Name | |
| **2222 BROADWATER AVE** | _____ |
| Street | |
| | |
| **Billings, MT 59102** | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| |
| Name |
| |
| Street |
| |
| |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| |
| Name |
| |
| Street |
| |
| |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **STEPHEN FOSTER** | **5522 SACAGAWEA DR Billings, MT 59101** | **VICE PRESIDENT,** | **50.00%** |
| **RYAN SCHELL** | **1807 AVENUE E Billings, MT 59102** | **PRESIDENT,** | **50.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **STEPHEN FOSTER**<br>Name<br>**5522 SACAGAWEA DR**<br>Street<br><br>**Billings, MT 59101**<br>City    State    ZIP Code | **100,255.93 SEE ATTACHED** | **03/28/2025** | **SALARY** |

Relationship to debtor

**VICE PRESIDENT**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **RYAN SCHELL**<br>Name<br>**1807 AVENUE E**<br>Street<br><br>**Billings, MT 59102**<br>City    State    ZIP Code | **105,751.09 SEE ATTACHED** | **3/28/2025** | **SALARY** |

Relationship to debtor

**PRESIDENT**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

| Debtor | FOSTER AND SCHELL, INC. | Case number *(if known)* _____ |
|---|---|---|

Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

<div style="background:black;color:white;padding:2px">Part 14:</div> Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**04/04/2025**__
          MM/ DD/ YYYY

**X** **/s/ STEPHEN FOSTER** _____    Printed name _____**STEPHEN FOSTER**_____
     Signature of individual signing on behalf of the debtor

Position or relationship to debtor    __**VICE PRESIDENT**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Debtor name **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BROWN PLUMBING & HEATING, INC. 2417 21ST STREET WEST Billings, MT 59102 | | | | $348,025.47 | $96,526.35 | $263,999.12 |
| 2 | MCT ENTERPRISES, INC. 2417 21ST STREET WEST Billings, MT 59102 | | | | $191,762.30 | $96,526.35 | $179,262.30 |
| 3 | ODK CAPITAL, LLC 4700 W DAYBREAK PKWY STE 200 South Jordan, UT 84009 | | BUSINESS LOAN | Disputed | | | $100,471.26 |
| 4 | LG FUNDING LLC 1218 UNION STREET Brooklyn, NY 11225 | | | Disputed | | | $94,500.00 |
| 5 | LAZARUS CAPITAL FUNDING, LLC 3261 RICHMOND AVE #121 Staten Island, NY 10312 | | | Disputed | | | $59,924.34 |
| 6 | SQUARE FINANCIAL SERVICES, INC. 1108 E SOUTH UNION AVE Midvale, UT 84047 | | | | | | $51,138.42 |
| 7 | DAKOTA SUPPLY GROUP, INC. 1839 KING AVE WEST Billings, MT 59102 | | | Disputed | | | $42,900.71 |
| 8 | MAIN STREET MERCHANT SERVICES, INC. 360 MOTOR PARKWAY STE 200B Hauppauge, NY 11788 | | | Disputed | | | $11,692.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 MONTANA STATE FUND<br>PO Box 4759<br>Helena, MT 59604-4759 | | WORKERS COMP | | | | $11,195.85 |
| 10 FRANKLIN WATER TREATMENT<br>PO Box 735229<br>Chicago, IL 60673-5229 | | | | | | $8,149.80 |
| 11 ODK CAPITAL, LLC<br>4700 W DAYBREAK PKWY STE 200<br>South Jordan, UT 84009 | | LINE OF CREDIT | Disputed | | | $8,073.73 |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# United States Bankruptcy Court
## District of Montana

**In re**     FOSTER AND SCHELL, INC.

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$8,000.00**

Prior to the filing of this statement I have received .................................................................... **$8,000.00**

Balance Due .................................................................................................................... **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   GENERAL BANKRUPTCY COUNSEL, EXAMINATION OF CLAIMS, PREPARATION OF PLAN AND DISCLOSURE STATEMENT, ETC.

MOLLY S. CONSIDINE IS THE LEAD ATTORNEY WITH AN HOURLY RATE OF $350.00. JAMES A. PATTEN IS AN ATTORNEY AND HIS HOURLY RATE IS $450.00. THE HOURLY RATES OF THE OTHER ATTORNEYS IN THE OFFICE RANGE FROM $250.00 - $400.00. THE HOURLY RATES OF THE PARALEGALS WORKING ON THIS CASE RANGE FROM $90.00 - $195.00.

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/04/2025** | **/S/ MOLLY CONSIDINE** |
|---|---|
| *Date* | Molly Considine |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 13800
PATTEN PETERMAN BEKKEDAHL & GREEN
2817 SECOND AVE N STE 300
BILLINGS, MT 59101
Phone: (406) 252-8500

</div>

**PATTEN PETERMAN BEKKEDAHL & GREEN**
*Name of law firm*

---

IN RE: **FOSTER AND SCHELL, INC.**                              CASE NO

                                                               CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**04/04/2025**_____     Signature _____**/S/ STEPHEN FOSTER**_____

                                                    STEPHEN FOSTER, VICE PRESIDENT

1ST ALLIANCE GROUP LLC
2875 NE 191ST STREET STE 500
MIAMI, FL 33180


ALLY FINANCIAL
CORPORATION TRUST CENTER 1209
ORANGE ST
WILMINGTON, DE 19801


BROWN PLUMBING &
HEATING, INC.
2417 21ST STREET WEST
BILLINGS, MT 59102


C T CORPORATION
ATTN: SPRS
330 N BRAND BLVD STE 700
GLENDALE, CA 91203


CARDONE TRAINING
TECHNOLOGIES, INC.
18909 NE 29TH AVE
MIAMI, FL 33180


CHTD COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708


CNH INDUSTRIAL CAPITAL
AMERICA LLC
5729 WASHINGTON AVENUE
RACINE, WI 53406


DAKOTA SUPPLY GROUP, INC.
1839 KING AVE WEST
BILLINGS, MT 59102

FLORENCE D. ZABOKRITSKY
102-02 METROPOLITAN AVE FLOOR 2
FOREST HILLS, NY 11375

FORD MOTOR CREDIT
COMPANY LLC
PO BOX 105704
ATLANTA, GA 30348-5704

FRANKLIN WATER
TREATMENT
PO BOX 735229
CHICAGO, IL 60673-5229

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JELL HOLDINGS
LATISHA MONTGOMERY
801 14TH ST W STE E
BILLINGS, MT 59102

LAZARUS CAPITAL FUNDING,
LLC
3261 RICHMOND AVE #121
STATEN ISLAND, NY 10312

LG FUNDING LLC
1218 UNION STREET
BROOKLYN, NY 11225

MAIN STREET MERCHANT
SERVICES, INC.
360 MOTOR PARKWAY STE 200B
HAUPPAUGE, NY 11788

MCT ENTERPRISES, INC.
2417 21ST STREET WEST
BILLINGS, MT 59102

MONTANA DEPARTMENT OF
REVENUE
BANKRUPTCY SPECIALIST
P.O. BOX 7701
HELENA, MT 59604-7701

MONTANA STATE FUND
PO BOX 4759
HELENA, MT 59604-4759

ODK CAPITAL, LLC
4700 W DAYBREAK PKWY STE 200
SOUTH JORDAN, UT 84009

QFS CAPITAL, LLC
7901 4TH ST N STE 13070
SAINT PETERSBURG, FL 33702

RYAN SCHELL
1807 AVENUE E
BILLINGS, MT 59102

SQUARE FINANCIAL
SERVICES, INC.
1108 E SOUTH UNION AVE
MIDVALE, UT 84047

STEPHEN FOSTER
5522 SACAGAWEA DR
BILLINGS, MT 59101

# United States Bankruptcy Court
## District of Montana

In re   **FOSTER AND SCHELL, INC.** _____    Case No. _____

                               Debtor(s)             Chapter       **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**FOSTER AND SCHELL, INC.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**04/04/2025**_____         _____**/s/ Molly Considine**_____

Date                            **Molly Considine**

                                  Signature of Attorney or Litigant

                                  Counsel for ____**FOSTER AND SCHELL, INC.**____

                                  **Bar Number: 13800**

                                  **Patten Peterman Bekkedahl & Green**

                                  **2817 Second Ave N Ste 300**

                                  **Billings, MT 59101**

                                  **Phone: (406) 252-8500**

                                  **Email: mconsidine@ppbglaw.com**

1

Payroll Journal Report

Foster & Schell Inc
6613 Wagon Trl Suite #4
Billings          MT

**Payroll Journal Summary by Employee**
**Per Employee Summary for pay days that fall between 03/28/2024 and 03/28/2025**

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 77846.16 | 10200.32 | 53.92 | 551.68 | 88652.08 | 10200.32 | 53.92 | 551.68 | 850 | 21440.23 | 6376.97 | 55555.93 | 44700 | 100255.93 | 139729.05 |
| Schell | Ryan | 77846.16 | 9300.96 | 109.44 | 551.68 | 87808.24 | 9300.96 | 109.44 | 551.68 | | 16795.07 | 6376.97 | 61051.09 | 44700 | 105751.09 | 138885.21 |
| Totals | | 155692.3 | 19501.28 | 163.36 | 1103.36 | 176460.3 | 19501.28 | 163.36 | 1103.36 | 850 | 38235.3 | 12753.94 | 116607 | 89400 | 206007.02 | 278614.26 |

Employee Earnings
Payroll period          03/11/2024 - 03/24/2024
Pay day                 03/29/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 1600 | 637.52 | 3.37 | 34.48 | 2275.37 | 637.52 | 3.37 | 34.48 | | 297.83 | 141.6 | 1302.17 | 1600 | 2902.17 | 4016.97 |
| Schell | Ryan | 1600 | 581.31 | 6.84 | 34.48 | 2222.63 | 581.31 | 6.84 | 34.48 | | 289.5 | 141.6 | 1310.5 | 1600 | 2910.5 | 3964.23 |
| Payroll Totals | | 3200 | 1218.83 | 10.21 | 68.96 | 4498 | 1218.83 | 10.21 | 68.96 | | 587.33 | 283.2 | 2612.67 | 3200 | 5812.67 | 7981.2 |

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | | | | | 0 | | | | | 0 | -188.8 | 0 | 0 | 0 | -188.8 |
| Schell | Ryan | | | | | 0 | | | | | 0 | -188.8 | 0 | 0 | 0 | -188.8 |
| Payroll Totals | | | | | | 0 | | | | | 0 | -377.6 | 0 | 0 | 0 | -377.6 |

Payroll period          03/25/2024 - 04/07/2024
Pay day                 04/12/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 1600 | 637.52 | 3.37 | 34.48 | 2275.37 | 637.52 | 3.37 | 34.48 | | 297.83 | 141.6 | 1302.17 | 1600 | 2902.17 | 4016.97 |
| Schell | Ryan | 1600 | 581.31 | 6.84 | 34.48 | 2222.63 | 581.31 | 6.84 | 34.48 | | 289.5 | 141.6 | 1310.5 | 1600 | 2910.5 | 3964.23 |
| Payroll Totals | | 3200 | 1218.83 | 10.21 | 68.96 | 4498 | 1218.83 | 10.21 | 68.96 | | 587.33 | 283.2 | 2612.67 | 3200 | 5812.67 | 7981.2 |

Payroll period          04/08/2024 - 04/21/2024
Pay day                 04/26/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 1600 | 637.52 | 3.37 | 34.48 | 2275.37 | 637.52 | 3.37 | 34.48 | | 297.83 | 141.6 | 1302.17 | 1600 | 2902.17 | 4016.97 |
| Schell | Ryan | 1600 | 581.31 | 6.84 | 34.48 | 2222.63 | 581.31 | 6.84 | 34.48 | | 289.5 | 141.6 | 1310.5 | 1600 | 2910.5 | 3964.23 |
| Payroll Totals | | 3200 | 1218.83 | 10.21 | 68.96 | 4498 | 1218.83 | 10.21 | 68.96 | | 587.33 | 283.2 | 2612.67 | 3200 | 5812.67 | 7981.2 |

Payroll period   04/22/2024 - 05/05/2024
Pay day   05/10/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 1600 | 637.52 | 3.37 | 34.48 | 2275.37 | 637.52 | 3.37 | 34.48 | | 297.83 | 141.6 | 1302.17 | 1600 | 2902.17 | 4016.97 |
| Schell | Ryan | 1600 | 581.31 | 6.84 | 34.48 | 2222.63 | 581.31 | 6.84 | 34.48 | | 289.5 | 141.6 | 1310.5 | 1600 | 2910.5 | 3964.23 |
| Payroll Totals | | 3200 | 1218.83 | 10.21 | 68.96 | 4498 | 1218.83 | 10.21 | 68.96 | | 587.33 | 283.2 | 2612.67 | 3200 | 5812.67 | 7981.2 |

Payroll period   05/06/2024 - 05/19/2024
Pay day   05/24/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 283.2 | 2248.78 | 2000 | 4248.78 | 6158.57 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 283.2 | 2508.1 | 2000 | 4508.1 | 6105.83 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 566.4 | 4756.88 | 4000 | 8756.88 | 12264.4 |

Payroll period   05/20/2024 - 06/02/2024
Pay day   06/07/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 283.2 | 2248.78 | 2000 | 4248.78 | 6158.57 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 283.2 | 2508.1 | 2000 | 4508.1 | 6105.83 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 566.4 | 4756.88 | 4000 | 8756.88 | 12264.4 |

Payroll period   06/03/2024 - 06/16/2024
Pay day   06/21/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 283.2 | 2248.78 | 2000 | 4248.78 | 6158.57 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 283.2 | 2508.1 | 2000 | 4508.1 | 6105.83 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 566.4 | 4756.88 | 4000 | 8756.88 | 12264.4 |

**Payroll period** 06/17/2024 - 06/30/2024
**Pay day** 07/05/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 283.2 | 2248.78 | 2000 | 4248.78 | 6158.57 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 283.2 | 2508.1 | 2000 | 4508.1 | 6105.83 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 566.4 | 4756.88 | 4000 | 8756.88 | 12264.4 |

**Payroll period** 07/01/2024 - 07/14/2024
**Pay day** 07/19/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 283.2 | 2248.78 | 2000 | 4248.78 | 6158.57 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 283.2 | 2508.1 | 2000 | 4508.1 | 6105.83 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 566.4 | 4756.88 | 4000 | 8756.88 | 12264.4 |

**Payroll period** 07/15/2024 - 07/28/2024
**Pay day** 08/02/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 280.8 | 2248.78 | 2000 | 4248.78 | 6156.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 280.8 | 2508.1 | 2000 | 4508.1 | 6103.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 561.6 | 4756.88 | 4000 | 8756.88 | 12259.6 |

**Payroll period** 07/29/2024 - 08/11/2024
**Pay day** 08/22/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | 850 | 951.22 | 244.8 | 1398.78 | 2000 | 3398.78 | 6120.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | 850 | 1643.12 | 489.6 | 3906.88 | 4000 | 7906.88 | 12187.6 |

**Payroll period** 08/12/2024 - 08/25/2024
**Pay day** 08/30/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 244.8 | 2248.78 | 2000 | 4248.78 | 6120.17 |

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 489.6 | 4756.88 | 4000 | 8756.88 | 12187.6 |

Payroll period 08/26/2024 - 09/08/2024
Pay day 09/13/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 244.8 | 2248.78 | 2000 | 4248.78 | 6120.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 489.6 | 4756.88 | 4000 | 8756.88 | 12187.6 |

Payroll period 09/09/2024 - 09/22/2024
Pay day 09/27/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 244.8 | 2248.78 | 2000 | 4248.78 | 6120.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 489.6 | 4756.88 | 4000 | 8756.88 | 12187.6 |

Payroll period 09/23/2024 - 10/06/2024
Pay day 10/11/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 244.8 | 2248.78 | 2000 | 4248.78 | 6120.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 489.6 | 4756.88 | 4000 | 8756.88 | 12187.6 |

Payroll period 10/07/2024 - 10/20/2024
Pay day 10/25/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | 637.52 | 3.37 | 34.48 | 3875.37 | 637.52 | 3.37 | 34.48 | | 951.22 | 244.8 | 2248.78 | 2000 | 4248.78 | 6120.17 |
| Schell | Ryan | 3200 | 581.31 | 6.84 | 34.48 | 3822.63 | 581.31 | 6.84 | 34.48 | | 691.9 | 244.8 | 2508.1 | 2000 | 4508.1 | 6067.43 |
| Payroll Totals | | 6400 | 1218.83 | 10.21 | 68.96 | 7698 | 1218.83 | 10.21 | 68.96 | | 1643.12 | 489.6 | 4756.88 | 4000 | 8756.88 | 12187.6 |

Payroll period 10/21/2024 - 11/03/2024
Pay day 11/08/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 830.18 | 244.8 | 2369.82 | 2000 | 4369.82 | 5444.8 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 580.18 | 244.8 | 2619.82 | 2000 | 4619.82 | 5444.8 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1410.36 | 489.6 | 4989.64 | 4000 | 8989.64 | 10889.6 |

Payroll period: 11/04/2024 - 11/17/2024
Pay day: 11/22/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 830.18 | 244.8 | 2369.82 | 2000 | 4369.82 | 5444.8 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 580.18 | 244.8 | 2619.82 | 2000 | 4619.82 | 5444.8 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1410.36 | 489.6 | 4989.64 | 4000 | 8989.64 | 10889.6 |

Payroll period: 11/18/2024 - 12/01/2024
Pay day: 12/06/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 830.18 | 244.8 | 2369.82 | 2000 | 4369.82 | 5444.8 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 580.18 | 244.8 | 2619.82 | 2000 | 4619.82 | 5444.8 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1410.36 | 489.6 | 4989.64 | 4000 | 8989.64 | 10889.6 |

Payroll period: 12/02/2024 - 12/15/2024
Pay day: 12/20/2024

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 830.18 | 244.8 | 2369.82 | 2000 | 4369.82 | 5444.8 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 580.18 | 244.8 | 2619.82 | 2000 | 4619.82 | 5444.8 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1410.36 | 489.6 | 4989.64 | 4000 | 8989.64 | 10889.6 |

Payroll period: 12/16/2024 - 12/29/2024
Pay day: 01/03/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 825.99 | 302.4 | 2374.01 | 2000 | 4374.01 | 5502.4 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 575.99 | 302.4 | 2624.01 | 2000 | 4624.01 | 5502.4 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1401.98 | 604.8 | 4998.02 | 4000 | 8998.02 | 11004.8 |

**Payroll period** 12/30/2024 - 01/12/2025
**Pay day** 01/17/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3200 | | | | 3200 | | | | | 823.99 | 302.4 | 2376.01 | 2000 | 4376.01 | 5502.4 |
| Schell | Ryan | 3200 | | | | 3200 | | | | | 573.99 | 302.4 | 2626.01 | 2000 | 4626.01 | 5502.4 |
| Payroll Totals | | 6400 | | | | 6400 | | | | | 1397.98 | 604.8 | 5002.02 | 4000 | 9002.02 | 11004.8 |

**Payroll period** 01/13/2025 - 01/26/2025
**Pay day** 01/31/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3461.54 | | | | 3461.54 | | | | | 1390.39 | 309.95 | 2071.15 | 0 | 2071.15 | 3771.49 |
| Schell | Ryan | 3461.54 | | | | 3461.54 | | | | | 1390.39 | 309.95 | 2071.15 | 0 | 2071.15 | 3771.49 |
| Payroll Totals | | 6923.08 | | | | 6923.08 | | | | | 2780.78 | 619.9 | 4142.3 | 0 | 4142.3 | 7542.98 |

**Off Cycle Payroll**
**Pay day** 01/31/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | | | | | 0 | | | | | 0 | 0 | 0 | 2300 | 2300 | 2300 |
| Schell | Ryan | | | | | 0 | | | | | 0 | 0 | 0 | 2300 | 2300 | 2300 |
| Payroll Totals | | | | | | 0 | | | | | 0 | 0 | 0 | 4600 | 4600 | 4600 |

**Payroll period** 01/27/2025 - 02/09/2025
**Pay day** 02/27/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3461.54 | | | | 3461.54 | | | | | 824.38 | 313.26 | 2637.16 | 0 | 2637.16 | 3774.8 |
| Schell | Ryan | 3461.54 | | | | 3461.54 | | | | | 824.38 | 313.26 | 2637.16 | 0 | 2637.16 | 3774.8 |
| Payroll Totals | | 6923.08 | | | | 6923.08 | | | | | 1648.76 | 626.52 | 5274.32 | 0 | 5274.32 | 7549.6 |

**Payroll period** 02/10/2025 - 02/23/2025
**Pay day** 02/28/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |

| Last Name | First Name | Regular (Amount) | | | | Gross Earnings | | | | | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schell | Ryan | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |
| Payroll Totals | | 6923.08 | | | | 6923.08 | | | | | 1648.8 | 626.56 | 5274.28 | 0 | 5274.28 | 7549.64 |

Payroll period   02/24/2025 - 03/09/2025
Pay day   03/14/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |
| Schell | Ryan | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |
| Payroll Totals | | 6923.08 | | | | 6923.08 | | | | | 1648.8 | 626.56 | 5274.28 | 0 | 5274.28 | 7549.64 |

Payroll period   03/10/2025 - 03/23/2025
Pay day   03/28/2025

| Last Name | First Name | Regular (Amount) | Health Insurance \| S-Corporation Owner's Medical Insurance (Imputed) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Imputed) | Dental \| S-Corporation Owner's Dental Insurance (Imputed) | Gross Earnings | Health Insurance \| S-Corporation Owner's Medical Insurance (Company Contribution) | Vision - Pre-Tax \| S-Corporation Owner's Vision Insurance (Company Contribution) | Dental \| S-Corporation Owner's Dental Insurance (Company Contribution) | 08.16.24 Advance Payback (Employee Post-Tax Deduction) | Employee Taxes | Employer Taxes | Net Pay | Reimbursements | Check Amount | Employer Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foster | Stephen | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |
| Schell | Ryan | 3461.54 | | | | 3461.54 | | | | | 824.4 | 313.28 | 2637.14 | 0 | 2637.14 | 3774.82 |
| Payroll Totals | | 6923.08 | | | | 6923.08 | | | | | 1648.8 | 626.56 | 5274.28 | 0 | 5274.28 | 7549.64 |

Fill in this information to identify the case:

Debtor name      **FOSTER AND SCHELL, INC.**

United States Bankruptcy Court for the:

**District of Montana**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __04/04/2025__        **X** __/s/ STEPHEN FOSTER__
          MM/  DD/  YYYY          Signature of individual signing on behalf of debtor

                                          **STEPHEN FOSTER** _____
                                          Printed name

                                          **VICE PRESIDENT** _____
                                          Position or relationship to debtor